IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PACE INDUSTRY UNION-<br>MANAGEMENT PENSION FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CLARKE MANUFACTURING, INC.,<br><br>Defendant. | NO. 3:08-00826<br>JUDGE HAYNES |

## ORDER

In accordance with the Memorandum filed herewith, Plaintiff's motion for summary judgment (Docket Entry No. 30) is **GRANTED**. Plaintiffs are hereby **AWARDED** twenty-six thousand three hundred thirty-one dollars sixty-two cents ($26,331.62) in damages and interest, as well as fourteen thousand three hundred twenty dollars and eighty five cents ($14,320.85) in attorney fees against the Defendant, Clarke Manufacturing, Inc.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 5th day of March, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge